# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2621

_____

Ronnie L. Hankins,                         *
                                           *
            Appellant,                     *
                                           *
      v.                                   *    Appeal from the United States
                                           *    District Court for the
Jeffery Brondel; David Dormire;            *    Western District of Missouri.
Welch; Koscinki; Jerry Ellans; Mail        *
Room Personnel; John Doe; James E.         *
Kosanke, formerly known as                 *
Koscinki; James Ellison, formerly          *
known as James Ellans; Stan Keely,         *    [UNPUBLISHED]
                                           *
            Appellees.                     *

_____

Submitted:  June 2, 2005
Filed:  June 8, 2005

_____

Before SMITH, FAGG, and MAGILL, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Ronnie Hankins appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record, see Anderson v. Larson, 327 F.3d 762, 767 (8th Cir. 2003) (standard of review), we affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.